

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RENEE HADDOCK, )
 )
    Plaintiff, )
    v. ) Case No.: 2:14-cv-1307-CDJ
 )
NCO FINANCIAL SYSTEMS, INC., )
 )
    Defendant. )
 )

**FILED**
JUN 26 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without fees and cost to either party, other than as agreed to by the parties.

/S/ Ross S. Enders
Ross S. Enders
Attorney ID No. 89840
Sessions, Fishman, Nathan & Israel, L.L.C.
2303 Oxfordshire Road
Furlong, PA 18925
Phone: (215) 794-7207
Fax: (215) 794-5079
Email: rsenders@sessions-law.biz
Attorney for the Defendant

Date: June 24, 2014

/S/ Craig Thor Kimmel
Craig Thor Kimmel
Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: June 24, 2014

**ENTERED**
JUN 26 2014
CLERK OF COURT

BY THE COURT:

_____
United States District Judge